In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title, etc., Required for the Purpose of Opening and Extending Flatbush Avenue from the Southerly Limit of the Land Heretofore Acquired for this Street, etc., Approximately 1,500 Feet South of Avenue U, to the North Bulkhead Line of Rockaway Inlet, in the Borough of Brooklyn, etc. PRODUCTS MANUFACTURING COMPANY, Appellant; THE CITY OF NEW YORK, Respondent.— Final order, in so

far as appealed from, affirmed, with costs. No opinion. Lazansky, P. J., Young, Seeger and Carswell, JJ., concur; Hagarty, J., dissents upon the ground that the trial court erred in failing to make an award for damages resulting from the obstruction of the navigable channel by the projecting street.